The jury found that the bankrupt was not entitled to his discharge.

## Case No. 11,491.

### QUACKENBUSH v. LANE.

[2 Mich. Lawy. 27.]

District Court, N. D. Michigan. 1877.

MORTGAGES—MATURITY ON DEFAULT OF INTEREST —OPTION—COMMENCEMENT OF SUIT.

1. In a foreclosure cause, where the mortgage contains the usual interest clause giving the mortgagee the option to consider the whole amount due after default for thirty days in the payment of interest when due, decree is granted for the full sum. though the bill does not allege option by the mortgagee and notice.

2. The mortgagee exercises his right and signifies his choice by bringing suit for the full amount, and the suit is sufficient notice.

Suit to foreclose a mortgage containing the usual interest clause, that, if any installment of interest or principal shall come due and remain unpaid for thirty days. the whole sum secured shall be due and payable at the expiration of said thirty days, at the option of the mortgagee.

WITHEY, District Judge, held that it is no objection to granting a decree for the full amount secured that the bill does not allege option by the mortgagee and notice. It is sufficient that default for more than thirty days in the payment of an installment is alleged, that the default continues, and that the bill claims a decree for the whole sum secured. "Option." in the instrument, imports a right to choose and an exercise of that right. The mortgagee exercises his right and signifies his choice by suing for the whole amount, and suit is sufficient notice of his choice, upon like principle that suit upon a note payable on demand is a sufficient demand of payment.

## Case No. 11,492.

### QUANDO v. CLAGETT.

[4 Cranch, C. C. 17.][1]

Circuit Court, District of Columbia. May 14, 1830.

CONSTRUCTIVE EMANCIPATION OF SLAVES BY WILL.

Petition for freedom. Mrs. Clagett made her will, as follows: "In the name of God," &c. "After my decease it is my will that my woman Maria, and all her increase, including the children that she now has, to be free and manumitted forever; and that the money that is now due to me, be received by Thomas Clagett, and for the support of the said Maria and her children until the last of May next; and I also desire that my woman Rhoda, and all her increase to be free and manumitted after serving the term of two years where Elizabeth Osborn shall hire her anywhere in the district, and the hire to be applied to the getting of the said children good places, and paying Elizabeth Osborn for her trouble. My will is that my man Harry is to serve one year to any person that will give a fair hire for him, one half to be applied to the support of Maria and her children, and the other part to himself. In witness whereof," &c.

Mr. Key, for petitioner, cited Mullin's Case, or Hall's Case, 5 Har. & J. 190.

Mr. Marbury, contra, contended that having used proper words of emancipation in regard to her other slaves and omitted them in Harry Quando's case, the testator must have intended to manumit the former only.

THE COURT was of opinion (nem. con.) that there could be no doubt of the intention of the testatrix to emancipate the petitioner. The whole object of her will evidently was the emancipation of her slaves.